COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 June 2, 2016
 No. 10-16-00041-CV
 IN THE INTEREST OF K.P., R.P., AND C.P., CHILDREN
 
 center-4254500
 From the County Court at Law
 Hill County, Texas
 Trial Court No. 52,255
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's Nunc Pro Tunc Order of Termination signed on February 8, 2016 is affirmed.
It is further ordered that appellee, the State of Texas, is awarded judgment against Randy Pullen for the State's appellate costs that were paid, if any, by the State; and all unpaid appellate court cost, if any, is taxed against Randy Pullen.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk